## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK R. GEIER**<br>1800 S.E. Ranch Road<br>Jupiter, FL 33478<br><br>**and**<br><br>**DAVID A. GEIER,**<br>1800 S.E. Ranch Road<br>Jupiter, FL 33478<br><br>    **Plaintiffs**<br><br>    **v.**<br><br>**CONWAY, HOMER & CHIN-CAPLAN, P.C.**<br>16 Shawmut Street<br>Boston, MA 02116<br><br>**JOHN H. KIM & ASSOCIATES, P.C.**<br>4309 Yoakum Blvd., Suite 2000<br>Houston, TX 77006<br><br>**LOMMEN, ABDO, COLE, KING &**<br>**STAGBERG, P.A.**<br>80 South Eighth Street<br>Minneapolis, MN 55402<br><br>    **and**<br><br>**WILLIAMS KHERKER HART**<br>**BOUNDAS, LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017,<br><br>    **Defendants.** | Case No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants Conway, Homer, & Chin-

Caplan, P.C., John H. Kim & Associates, P.C.,  Lommen, Abdo, Cole, King & Stagberg, P.A.,

and Williams Kherkher Hart Boundas, LLP ("Defendants"), hereby remove this action and, in support thereof, state as follows:

*Original Filing*

1.      This action was filed in the in Superior Court for the District of Columbia, on June 12, 2012, as Case No. 2012CA004970B.  A copy of the Complaint is attached hereto as Exhibit A.

2.      Copies of all process, pleadings, and orders served in the original action have also been filed herewith.

*Timely Removal*

3.      Pursuant to 28 USC § 1446(b), a "notice of removal…shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…"

4.      All Defendants were served with a Summons and a copy of the Complaint on or after June 18, 2012.  As such, Defendants have filed this Notice of Removal within 30 days after the receipt of the initial pleading.

*Subject-Matter Jurisdiction*

5.      Pursuant to 28 U.S.C. § 1332(a), "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between… citizens of different States." *See also, In re Tobacco/Governmental Health Care Costs Litig.*, 100 F. Supp. 2d 31, 38 (D.D.C. 2000) ("Section 1332 has been interpreted to require 'complete diversity' -- all plaintiffs must be diverse from all defendants.")

6.     Here, as noted in the Complaint, Plaintiffs are seeking $600,000, well in excess of $75,000.  Moreover, both Plaintiffs are citizens of Florida and the Defendants are, variously, citizens of Massachusetts, Texas and Minnesota.  Thus, all Plaintiffs are diverse from all Defendants.

7.     In light of the foregoing, this court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a).

### *Grounds For Removal*

8.     Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

9.     There being original jurisdiction pursuant to 28 U.S.C. § 1332(a), this matter is removable under 28 U.S.C. § 1441(a).

10.     Because this matter is pending in the Superior Court for the District of Columbia, the U.S. District Court for the District of Columbia is the appropriate court to which this matter may be removed.

### *Preservation of Personal Jurisdiction Defenses*

11.     Neither the filing of this petition nor the representations made herein are intended to serve as a waiver of any personal jurisdiction defenses or otherwise operate as a consent to personal jurisdiction by any defendant.  *See e.g., Employers Reinsurance Corp. v. Bryant*, 299 U.S. 374, 376 (U.S. 1937) ("Obtaining the removal from the state court into the federal court did not operate as a general appearance by the defendant…"); *Nationwide Eng'g & Control Sys., Inc. v. Thomas*, 837 F.2d 345, 347-48 (8th Cir. 1998) ("Removal, in itself, does not constitute a

waiver of any right to object to lack of personal jurisdiction..."); *Kissi v. Panzer*, 664 F. Supp. 2d

120, 122 (D.D.C. 2009) (dismissing removed matter for lack of personal jurisdiction).

<u>Notice to Adverse Parties and State Court</u>

12.     Defendants represent that promptly upon filing, a copy of the instant Notice of

Removal will be served on Plaintiffs, and a copy will also be filed with the Clerk of the Superior

Court for the District of Columbia

<u>Consent/Agreement by all Defendants</u>

13.     As evidenced by the signature below, all Defendants have consented to removal

and have joined in this filing.

Respectfully submitted:

Dennis J. Quinn (Bar No. 455793)
Carr Maloney P.C.
2000 L Street, N.W., Suite 450
Washington, D.C. 20036
(202) 310-5500
(202) 310-5555 (fax)
DJQ@carrmaloney.com
AMG@carrmaloney.com
*Counsel for Defendant Lommen, Abdo, Cole,*
*King & Stagberg, P.A.*

Pamela A. Bresnahan (Bar No. 366735)
Nicholas B. Reuhs (Bar No. 500005)
Vorys, Sater, Seymour and Pease LLP
1909 K Street, N.W., 9th Floor
Washington, D.C. 20006-1152
(202) 467-8800
(202) 533-9069 (fax)
pabresnahan@vorys.com
nbreuhs@vorys.com
*Counsel for Defendant*
*John H. Kim and Associates, P.C.*

Robert W. Hesselbacher, Jr. (Bar No.414412)
Wright, Constable & Skeen, LLP
100 North Charles Street
16th Floor
Baltimore, MD 21201
(410) 659-1317
(410) 659-1350 (fax)
rhesselbacher@wcslaw.com
*Counsel for Defendant Williams, Kherker,*
*Hart and Boundas LLP*

Keith Bonner (Bar No. 305938)
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, 8th Floor
Washington, D.C. 20036
(202) 712-7000
(202) 712-7100 (fax)
kbonner@bonnerkiernan.com
*Counsel for Defendant Conway, Homer &*
*Chin-Caplan P.C.*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of July 2012, a copy of the foregoing Notice was sent by first class mail, postage prepaid, to:

James R. Klimaski
Klimaski and Associates, PC
1625 Massachusetts Ave. NW, Suite 500
Washington, DC 20036
*Counsel for Plaintiffs*

James M. Love
Titus Hillis Reynolds Love
Dickman & McCalmon, PC
3700 First Place Tower
15 East Fifth Street
Tulsa, OK 74103
*Counsel for Plaintiffs*

_____
Nicholas B. Reuhs