# EXHIBIT V

MedCon, Inc.

14 Redgate Court  
Silver Spring, MD 20905

# Invoice

| Date | Invoice # |
|---|---|
| 10/3/2003 | 187 |

| Bill To |
|---|
| Williams Dailey O'Leary Craine & Love<br>Suite 1900<br>1001 SW 5th Avenue<br>Portland, OR 97204-1135 |

| P.O. No. | Terms | Project |
|---|---|---|
| NVICP | Due on receipt | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Meeting with Mike Williams on 9/2/03 | 6 | 250.00 | 1,500.00 |

| | |
|---|---|
| **Total** | $1,500.00 |
| **Payments/Credits** | $-500.00 |
| **Balance Due** | $1,000.00 |