**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DR. MARK R. GEIER,** *et al.*, | * | |
| Plaintiffs, | * | |
| vs. | * | Case No. 1:12-cv-01171<br>Judge Rosemary M. Collyer |
| **CONWAY, HOMER & CHIN-CAPLAN**<br>**P.C.,** *et al.*, | * | |
| Defendants. | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiffs, Dr. Mark R. Geier and David A. Geier, and Defendants, Lommen, Abdo, Cole, King & Stagberg, P.A.; John H. Kim & Associates, P.C.; Conway, Homer & Chin-Caplan; and Williams Kherkher Hart Boundas LLP, hereby stipulate to the dismissal of the above-styled action with prejudice to any future action. Each party is to bear its own costs and attorneys' fees.

Respectfully Submitted,

s/ James M. Love
James M. Love (*pro hac vice*)
Titus Hillis Reynolds Love
 Dickman & McCalmon, PC
3700 First Place Tower, 15 East 5th Street
Tulsa, OK 74103
(918) 587-6800, (918) 587-6822 (fax)
jlove@titushillis.com
*Counsel for Plaintiffs*

James R. Klimaski (Bar No. 243543)
Klimaski and Associates, PC
1625 Massachusetts Avenue NW, Suite 500
Washington, D.C. 20036-2245
(202) 296-5600
(202) 296-5601 (fax)
Klimaski@Klimaskilaw.com
*Counsel for Plaintiffs*

----------------&----------------

s/  Robert W. Hesselbacher, Jr.
Robert W. Hesselbacher, Jr. (Bar No. 414412)
Wright, Constable & Skeen, LLP
100 North Charles Street, 16th Floor
Baltimore, MD 21201
rhesselbacher@wcslaw.com
*Counsel for Defendant Williams*
*Kherkher Hart Boundas LLP*


s/  Dennis J. Quinn
Dennis J. Quinn (Bar No. 455793)
Alexander M. Gormley (Bar No. 1001164)
Carr Maloney, P.C.
2000 L Street, NW, Suite 450
Washington, D.C. 20036
djq@carrmaloney.com
amg@carrmaloney.com
*Counsel for Defendant Lommen, Abdo,*
*Cole, King & Stageberg, P.A.*


s/  Raymond D. Pinkham
Raymond D. Pinkham (*pro hac vice*)
Pamela A. Bresnahan (Bar No. 366735)
Elizabeth Treubert Simon (Bar No. 467272)
Vorys, Sater, Seymour & Pease LLP
1909 K Street, NW, 9th Floor
Washington, D.C. 20006
pabresnahan@vorys.com
etsimon@vorys.com
rdpinkham@vorys.com
*Counsel for Defendant*
*John H. Kim and Associates, P.C.*

s/ James T. Hittinger
James T. Hittinger (Bar No. 1004909)
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, 8th Floor
Washington, D.C. 20036
jhittinger@bonnerkiernan.com
*Counsel for Defendant*
*Conway, Homer & Chin-Caplan*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 1st day of November 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert W. Hesselbacher, Jr.
Wright, Constable & Skeen, LLP
100 North Charles Street, 16th Floor
Baltimore, MD 21201
rhesselbacher@wcslaw.com
*Counsel for Defendant Williams*
*Kherkher Hart Boundas LLP*

Dennis J. Quinn
Alexander M. Gormley
Carr Maloney, P.C.
2000 L Street, NW, Suite 450
Washington, D.C. 20036
djq@carrmaloney.com
amg@carrmaloney.com
*Counsel for Defendant Lommen, Abdo,*
*Cole, King & Stageberg, P.A.*

Raymond D. Pinkham
Pamela A. Bresnahan
Elizabeth Treubert Simon
Vorys, Sater, Seymour & Pease LLP
1909 K Street, NW, 9th Floor
Washington, D.C. 20006
pabresnahan@vorys.com
etsimon@vorys.com
rdpinkham@vorys.com
*Counsel for Defendant John H. Kim and*
*Associates, P.C.*

James T. Hittinger
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, 8th Floor
Washington, D.C. 20036
jhittinger@bonnerkiernan.com
*Counsel for Defendant Conway, Homer &*
*Chin-Caplan*

                s/James M. Love